Larry Arnold YOUNG, Plaintiff— Appellant,

v.

D. THOMPSON, Correctional Officer; Duranko, S.I.S. Technician; D. Shaw, Lieutenant; Unknown Mail Room Personnel; D. Yost, I.S.O., Defendants—Appellees.

No. 11–7056.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 20, 2011.

Larry Arnold Young, Appellant Pro Se. Rita R. Valdrini, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Arnold Young appeals the district court's order accepting the recommendation of the magistrate judge and denying

relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Young v. Thompson,* No. 2:10–cv–00066–JPB–JSK, 2011 WL 3297493 (N.D.W.Va. July 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*